[Nos. 37987-9-I; 38150-4-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY N. SALTNESS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. RYAN CHRISTOPHER TOTTEN, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 95-8-05571-2, 95-8-05574-7, Michael Spearman, J., entered December 19, 1995 and January 3, 1996. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Allendoerfer, J. Pro Tem., concurred in by Webster and Becker, JJ.

[No. 38074-5-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DORIAN D. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06860-6, James A. Noe, J., entered January 12, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38123-7-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY KEITH WESTRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-07387-7, Michael Spearman, J., entered January 31, 1996. *Dismissed* by unpublished per curiam opinion.